### WENSLEY ag^t DAVIS

John Wensley of Boston Merch^t or his Lawfull Attourny or Attournys plaint. ag^t Sam^ll Davis Marrin^r who married with Elisabeth the Relict and Administratrix of the Estate of the late Capt^n Na-

thanael Davenport deced. Def$^t$ in an action of the case for an Acco$^t$ and the produce of sundry goods & merchandizes to the value of five hundred pounds Left with the s$^d$ Nathanael Davenport at New-York and committed to his dispose for Acc$^o$ of s$^d$ Wensley with all other due damages etc. . . . The Jury . . . found for the plaint. four hundred pound mony damage or that the Defend$^t$ or his Attourny render an Acc$^o$ upon oath of the Estate that was left in the hands of Capt$^n$ Nathanael Davenport dec$^d$ by the plaint. at or before the tenth. of April. 1678. and costs of Court. Elisabeth Davis produceing a Letter of Attourny from her husband appealed from this Judgem$^t$ unto the next Court of Assistants and herselfe principall in four hundred pounds and John Walley and Tho: Thacher jun$^r$ Sureties in £.200. apeice were respectiuely bound. . . for the prosecution thereof to Effect.

[See Records of Court of Assistants, i. 111.]